■ ARS INVESTORS II 2012-1 HVB, LLC, Respondent, v BLACK-MEADOW ROAD LLC et al., Appellants. [41 NYS3d 892]—

Deficiency judgment, Supreme Court, Bronx County (Howard H. Sherman, J.), entered August 14, 2015, confirming and ratifying a referee's report of the sale of the mortgaged premises, dated March 19, 2014, and awarding plaintiff a sum of money, unanimously affirmed, with costs.

Plaintiff established prima facie through its expert's appraisal "the fair and reasonable market value of the mortgaged premises" (RPAPL 1371 [2]; *see White Knight NYC Ventures, LLC v 15 W. 17th St., LLC*, 110 AD3d 576 [1st Dept 2013]). Defendants failed to establish that the highest and best use of the property was something other than the existing use, on which plaintiff's expert based his appraisal (*see National Bank of N. Am. v Systems Home Improvement*, 69 AD2d 557, 562-563 [2d Dept 1979], *affd* 50 NY2d 814 [1980]; *BTC Mtge. Invs. Trust 1997-SI v Altamont Farms*, 284 AD2d 849 [3d Dept 2001]). Defendants' expert did not show that it was "reasonably probable that the asserted highest and best use could or would have been made of the subject property in the near future" (*see National Bank of N. Am.*, 69 AD2d at 563). The trial court appropriately rejected defendants' expert's testimony as being speculative and devoid of factual foundation support (*see BTC Mtge. Invs. Trust 1997-SI* at 850). Concur—Mazzarelli, J.P., Andrias, Saxe, Feinman and Gische, JJ.